NH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Qianlong He,

Petitioner,

v.

Fred Figueroa, et al.,

Respondents.

No.   CV-26-01926-PHX-DWL (MTM)

**ORDER**

Self-represented Petitioner Qianlong He, who is confined in the Eloy Detention Center, has filed a Petition Under 28 U.S.C. § 2241 challenging his immigration detention (Doc. 1) and paid the filing fee.  The Court will require Respondents to answer the Petition.

**I.    Petition**

Petitioner names the following Respondents: former Warden of the Eloy Detention Center Fred Figueroa; Immigration and Customs Enforcement (ICE) Phoenix Field Office Director John Cantu; former Secretary of Homeland Security Krist Noem; ICE Acting Director Todd Lyons; and former United States Attorney General Pamela Bondi.

Petitioner is a citizen of China who entered the United States in August 2018 on a "tourist visa."  (Doc. 1 at ¶ 33.)  Respondents initiated removal proceedings against Petitioner by filing a Notice to Appear.  (*Id*. at ¶ 34.)  Petitioner claims he filed an Application for Asylum and Withholding of Removal and his hearing was scheduled for March 26, 2026.  (*Id*. at ¶ 35.)

TERMPSREF

In December 2025, Petitioner was arrested at his workplace and claims his arrest was "without notice or cause." (*Id*. at ¶ 36.) Petitioner claims he is detained pursuant to 8 U.S.C. § 1226(a) but has not been provided a bond hearing.

In Count One, Petitioner claims a violation of his Fourth Amendment right against unreasonable seizures. In Count Two, Petitioner asserts a violation of the Administrative Procedures Act when Petitioner was arrested without a warrant or probable cause for an immigration violation. In Count Three, Petitioner alleges a violation of his Fifth Amendment right to due process. In Count Four, Petitioner alleges Respondents have violated 8 U.S.C. § 1226(a) because he has not been provided a bond hearing.

The Court will dismiss John Cantu as an improper Respondent, *see Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024), and will substitute Eric Rokosky for Respondent Figueroa. Additionally, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court will substitute Markwayne Mullin for Respondent Noem and Todd Blanche for Respondent Bondi.

The Court will require Respondents Rokosky, Lyons, Mullin, and Blanche to respond to the Petition.

**II.    Warnings**

**A.    Address Changes**

Petitioner must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Petitioner must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

**B.    Copies**

Petitioner must serve Respondent, or counsel if an appearance has been entered, a copy of every document that he files. Fed. R. Civ. P. 5(a). Each filing must include a certificate stating that a copy of the filing was served. Fed. R. Civ. P. 5(d). Also, Petitioner must submit an additional copy of every filing for use by the Court. LRCiv 5.4. Failure to comply may result in the filing being stricken without further notice to Petitioner.

TERMPSREF

**IT IS ORDERED:**

(1)    Respondent John Cantu is **dismissed**.

(2)    The Clerk of Court must **substitute** Eric Rokosky for Respondent Figueroa; Markwayne Mullin for Respondent Noem; and Todd Blanche for Respondent Bondi.

(3)    The Clerk of Court must serve a copy of the Summons, the Petition (Doc. 1) and this Order upon the United States Attorney for the District of Arizona by certified mail addressed to the civil process clerk at the office of the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure.  The Clerk of Court must also send by certified mail a copy of the Summons, the Petition, and this Order to the United States Attorney General pursuant to Rule 4(i)(1)(B) and to Respondents pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure.

(4)    The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(5)    Respondents must answer the Petition within **20 days** of the date of service. Respondent shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(6)    Petitioner may file a reply within **10 days** from the date of service of the answer.

Dated this 3rd day of April, 2026.

Dominic W. Lanza
United States District Judge

TERMPSREF

- 3 -