IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Qianlong He,

Petitioner,

v.

Todd M Lyons, et al.,

Respondents.

No. CV-26-01926-PHX-DWL

**ORDER**

Pending before the Court are Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) and the Report and Recommendation ("R&R") of the United States Magistrate Judge (Doc. 14). The R&R, which was issued on July 15, 2026, recommends that the petition "be granted in part and that Petitioner be provided a bond hearing in the first instance." (Doc. 14 at 6.) The R&R further provides that "[t]he parties shall have 14 days from the date of service of a copy of this [R&R] within which to file specific written objections with the Court." (*Id.*)

Here, no such objections have been filed and the 14-day deadline has expired. Thus, the Court adopts the R&R. *See, e.g., Thomas v. Arn*, 474 U.S. 140, 149-50 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)

("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

Accordingly,

**IT IS ORDERED** that:

1.    The R&R's recommended disposition (Doc. 14) is **accepted**.

2.    The Petition (Doc. 1) is **granted in part**, in that Petitioner is entitled to a bond hearing.

3.    Respondents shall provide Petitioner with a bond hearing within seven days of the entry of judgment.

4.    Respondents shall file a notice of compliance within three days of providing the bond hearing.

5.    Petitioner's motion to expedite (Doc. 13) is **denied as moot**.

6.    The Clerk of Court shall enter judgment accordingly and close this case.

Dated this 5th day of August, 2026.

_____
Dominic W. Lanza
United States District Judge

- 2 -