**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Qianlong He,

Petitioner,

v.

Todd M Lyons, et al.,

Respondents.

No. CV-26-01926-PHX-DWL

**ORDER**

On August 5, 2026, the Court issued an order requiring Respondents to provide Petitioner with a bond hearing within seven days. (Doc. 15.) That same day, judgment was entered. (Doc. 16.) On August 12, 2026, Petitioner (through counsel) filed a motion for enforcement and for immediate release, arguing that he had not been provided with the required bond hearing. (Doc. 17.) That same day, the Court ordered an expedited response. (Doc. 18.) In a response filed on August 14, 2026, Respondents stated: "Because Petitioner did not receive a bond hearing within the proscribed time period, Respondents are actively working on Petitioner's release. It is anticipated he will be released tomorrow depending on operational safety and the safe release of Petitioner." (Doc. 19.)

It appears, based on the Court's review of the online ICE inmate locator, that Petitioner has now been released from custody. If so, Petitioner's motion for relief is moot. If, however, Petitioner has not yet been released from custody, Petitioner is free to file another motion seeking expedited relief.

…

Accordingly,

**IT IS ORDERED** that Petitioner's motion for enforcement and for immediate release (Doc. 17) is **denied as moot**. This case remains **closed**.

Dated this 17th day of August, 2026.

Dominic W. Lanza
United States District Judge